```
ANGEL NAVARRO (SBN 155702)
E-mail: angel_navarro@me.com
Attorney at Law
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, California  90015
Telephone (213) 744-0216
Facsimile (213) 746-4435

Attorneys for Defendant
MIGUEL ANGEL ROSALES
```

FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 11-412M -3 |
|---|---|---|
| Plaintiff, | ) | (~~PROPOSED~~) ORDER RE: REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| v. | ) | |
| OSCAR JUAREZ, et. al. | ) | |
| Defendant, | ) | |

   THE COURT HEREBY ORDERS THAT THE REQUEST OF defendant Miguel Angel Rosales to substitute Angel Navarro (SBN 155702), who is retained counsel and whose business address is: The Petroleum

/
/
/
/
/
/
/

1  Building, 714 W. Olympic Blvd., Suite 450, Los Angeles, CA 90015,
2  as attorney of record in place and stead of Judith Rochlin is
3  hereby:
4  Granted: ✓
5  Denied: ___
6      IT IS SO ORDERED.

9  DATED: March 7th, 2011     By _____
10                              HONORABLE
11                              United States Magistrate Judge
12                              JACQUELINE CHOOLJIAN

13  Presented by:

14  _____/s/_____
    ANGEL NAVARRO
15  Attorney at Law